# United States District Court
## Northern District of Illinois
### Western Division

Paldo Sign and Display Company  **JUDGMENT IN A CIVIL CASE**

v.   Case Number: 09 C 50055

David L. Hansen

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that upon further review, the magistrate judge's order of 9/24/2010 is stricken and plaintiff's motion to intervene is denied. This case is dismissed for lack of subject matter jurisdiction. Defendant's motion for sanctions is granted. Counsel for plaintiff is directed to pay $10,000 to defendant within 30 days as a sanction for violating Fed. R. Civ. P. 11(b)(3). Plaintiff's motion for class certification is denied without prejudice as moot. This case is closed.

FILED
MAY 09 2011
FREDERICK J. KAPALA
U.S. DISTRICT COURT JUDGE

Michael W. Dobbins, Clerk of Court

Date: 5/6/2011

/s/ Susan Bennehoff, Deputy Clerk